JPM:JML
F. #2022R00372

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

CR-22-301
Judge Carol Bagley Amon
Magistrate Judge Peggy Kuo

UNITED STATES OF AMERICA

- against -

DANIEL THOMPSON,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. ___CR-22-301___
(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2),
924(d)(1) and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C.,
§ 2461(c))

THE GRAND JURY CHARGES:

## FELON IN POSSESSION OF A FIREARM

1.      On or about August 12, 2021, within the Eastern District of New York
and elsewhere, the defendant DANIEL THOMPSON, knowing that he had previously been
convicted in a court of one or more crimes punishable by a term of imprisonment exceeding
one year, did knowingly and intentionally possess in and affecting commerce a firearm, to
wit: a Diamondback 9-millimeter pistol with serial number YE6843.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.      The United States hereby gives notice to the defendant that, upon his
conviction of the offense charged herein, the government will seek forfeiture in accordance
with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code,
Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or
used in any knowing violation of Title 18, United States Code, Section 922, including but not

limited to: one Diamondback 9-millimeter pistol with serial number YE6843, seized on or about August 12, 2021 in Brooklyn, New York.

       3.     If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

       (a)     cannot be located upon the exercise of due diligence;

       (b)     has been transferred or sold to, or deposited with, a third party;

       (c)     has been placed beyond the jurisdiction of the court;

       (d)     has been substantially diminished in value; or

       (e)     has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

       (Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

A TRUE BILL

_____
FOREPERSON

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#: 2022R000372

FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

### EASTERN *District of* NEW YORK

### CRIMINAL DIVISION

### THE UNITED STATES OF AMERICA

*vs.*

### DANIEL THOMPSON,

Defendant.

# INDICTMENT

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d)(1) and 3551 et seq.;
T. 21, U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
                                                                *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
                                                                *Clerk*

*Bail, $* _____

_____

***Joy Lurinsky, Assistant U.S. Attorney (718) 254-6441***